UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION SIDNEY MEUX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATOLON,<br><br>　　　　　Defendant. | No. 2:16-cv-1583 MCE CKD P<br><br><br>AMENDED ORDER[1] |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 22, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1] Upon further reflection and review of similar cases stemming from the same theft of a laptop from a CCHCS staff person's car, the Court hereby amends its November 4, 2016 Order to adopt the findings and recommendations of the magistrate judge in full, and to dismiss this case without leave to amend. No other changes to the November 4 Order are made by this amendment.

1

court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed August 22, 2016, are ADOPTED IN FULL.

        2.  The complaint (ECF No. 1) is DISMISSED without prejudice and without leave to amend.

        3.  This case is closed.  The Clerk of the Court is directed to close the case.

        IT IS SO ORDERED.

Dated:  November 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE